# CRIMINAL MINUTES
## PROBATION VIOLATION OR SUPERVISED RELEASE VIOLATION

United States of America                    Case 1:00CR112

      vs

LARRY E. KIDD

Court Personnel:
U.S. Magistrate Judge Timothy S. Hogan
Courtroom Deputy: Jan Lahley
Court Reporter:    —
Date:   2/3/06

Attorney for USA:      Jeb Terrien  Tim Oakley
Attorney for Defendant:      Federal Public Defender  - W. Kelly Johnson

___✓___ Initial appearance held. Defendant informed of rights and charges.

___✓___ Case continued for Probable Cause Hearing _____ Detention Hearing ___✓___
      on ___2/8/06___ ___1:30___

_____ Probable cause hearing held/waived.  Defendant to appear before District Judge
             _____ for Probation Violation/supervised release hearing.

_____ Probable cause found / not found

_____ Defendant DETAINED pending hearing.
_____ Defendant RELEASED on _____ bond

___✓___ Order APPOINTING counsel ___FPD_____

Remarks:

_____

_____

_____