AO 470 (8/85) Order of Temporary Detention

# United States District Court

_Southern_ DISTRICT OF _Ohio_

UNITED STATES OF AMERICA

V.

__Larry E. Kidd__
Defendant

**ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT**

Case Number: 1: 00CR112

Upon motion of the __defendant__, it is ORDERED that a detention hearing is set for __Feb 8, 2006__ at __1:30__
  Date                                        Time

before __M.J. Timothy Black__
Name of Judicial Officer

__Cincinnati, Ohio__
Location of Judicial Officer

Pending this hearing, the defendant shall be held in custody by (the United States marshal) ( _____

_____ ) and produced for the hearing.
Other Custodial Official

__2/3/06__                                        __Timothy S. Hogan__
Date                                             Judicial Officer

---

*If not held immediately upon defendant's first appearance, the hearing may be continued for up to three days upon motion of the Government, or up to five days upon motion of the defendant. 18 U.S.C. §3142(f)(2).

    A hearing is required whenever the conditions set forth in 18 U.S.C. §3142(f) are present. Subsection (1) sets forth the grounds that may be asserted only by the attorney for the Government; subsection (2) states that a hearing is mandated upon the motion of the attorney for the Government or upon the judicial officer's own motion if there is a serious risk that the defendant (a) will flee or (b) will obstruct or attempt to obstruct justice, or threaten, injure, or intimidate, or attempt to threaten, injure, or intimidate a prospective witness or juror.