AO 442    (Rev. 10/03) Warrant for Arrest

# UNITED STATES DISTRICT COURT

SOUTHERN _____ District of _____ OHIO

| UNITED STATES OF AMERICA | |
|---|---|
| V. | **WARRANT FOR ARREST** |
| LARRY E. KIDD | Case Number: 1:00CR0112 |

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest    LARRY E. KIDD
_____
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment   ☐ Information   ☐ Complaint   ☐ Order of court   ☐ Probation Violation Petition   ☒ Supervised Release Violation Petition   ☐ Violation Notice

charging him or her with   (brief description of offense)


( SEE ATTACHED )


in violation of Title _____ United States Code, Section(s) _____

JAMES BONINI                              _signature_
Name of Issuing Officer                   Signature of Issuing Officer

CLERK                                     JANUARY 20, 2006   CINCINNATI, OHIO
Title of Issuing Officer                  Date and Location

FILED
JAMES BONINI
CLERK
06 FEB -3 PM 12:26
U.S. DISTRICT COURT
SOUTHERN DIST OHIO
WEST DIV CINCINNATI

---

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at

Hamilton Co. Justice Center, Cincinnati, OH

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 1/20/06 | Micah R. Stevenson DUSM | _signature_ Micah R. Stevenson |
| DATE OF ARREST | | |
| 2/03/06 | | |