AO 468 (1/86) Waiver of Preliminary Examination or Hearing

# United States District Court

_Southern_ DISTRICT OF _Ohio_

UNITED STATES OF AMERICA

v.

Larry E. Kidd

**WAIVER OF PRELIMINARY EXAMINATION OR HEARING**
(Rule 5 or 32.1, Fed. R. Crim. P.)

Case Number: 1-00-CR-112

I, _Larry Kidd_, charged in a (complaint) (petition) pending in this District with _Supervised Rule Viol_ in violation of Title _18_, U.S.C., _3583_, and having appeared before this Court and been advised of my rights as required by Rule 5 or Rule 32.1, Fed. R. Crim. P., including my right to have a preliminary (examination) (hearing), do hereby waive (give up) my right to a preliminary (examination) (hearing).

_2/8/06_
Date

_[signature]_
Defendant

X _W.K._
Counsel for Defendant

[Stamp: 2006 FEB -8 PM 3:45 U.S. DISTRICT COURT SOUTHERN DISTRICT OHIO WEST DIV CINCINNATI]