IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | : | Case No.: CR-1-00-112 |
| Plaintiff, | : | ( Judge Herman J. Weber) |
| v. | : |  |
| LARRY E. KIDD, | : |  |
| Defendant | : |  |

**ORDER**

Parties are advised that the above styled case is SCHEDULED for a Revocation Hearing on Thursday, February 23, 2006 at 10:00 a.m.

**IT IS SO ORDERED.**

_____s/Herman J. Weber_____
Herman J. Weber, Senior Judge
United States District Court