UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

### CRIMINAL MINUTES - SUPERVISED RELEASE REVOCATION HEARING

UNITED STATES OF AMERICA
      -vs-                                                                CASE NO. CR-1-00-112
**LARRY R. KIDD**

---

COUNSEL PRESENT:

ASSISTANT UNITED STATES ATTORNEY: Benjamin Dusing
DEFENSE: Kelly Johnson

---

Court Personnel Present:

HONORABLE HERMAN J. WEBER

Law Clerk Laura Ahern

Court Reporter Julie A. Wolfer (Official)

Courtroom Deputy Darlene Maury

Probation Officer      M.Grawe

DATE: Thursday, February 23, 2005
TIME: 10:00 a.m. - 10:35 a.m.

**DOCKET ENTRY:**

Case called before J. Weber for a SUPERVISED RELEASE REVOCATION HEARING. Defendant present with counsel.

Defendant admits violations 3 & 7. The Court finds that defendant has violated his Conditions of Supervised Release.

Court **ORDERS** that defendant's Supervised Release is **REVOKED** and the defendant is **COMMITTED TO THE BUREAU OF PRISONS FOR A PERIOD OF FOURTEEN (14) MONTHS**. No further term of Supervised Release imposed.

Defendant ordered to pay the balance of the restitution previously imposed.

Defendant advised of right to appeal.

Defendant **REMANDED** to custody of the U.S. Marshal.